IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST PENN ALLEGHENY HEALTH SYSTEM, INC., | : : : | Case No.  09-cv-480-AJS |
| Plaintiff, | : : | Judge Arthur J. Schwab |
| v. | : : | |
| UPMC and HIGHMARK INC., | : : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and All Parties of Record:

    On behalf of Defendant Highmark Inc. kindly enter my appearance as counsel of record.

    I certify that I am admitted to practice in this Court.


Dated:  May 4, 2009                     Respectfully submitted,

                                          REED SMITH LLP

                                          By:    s/ Daniel I. Booker
                                                    Daniel I. Booker
                                                    Pa. I.D. No. 10319
                                                    dbooker@reedsmith.com

                                                    435 Sixth Avenue
                                                    Pittsburgh, PA 15219
                                                    Phone:  (412) 288-3131
                                                    Facsimile:  (412) 288-3063

                                                    *Counsel for Defendant*
                                                    *Highmark Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was served on Plaintiff's counsel via the Court's electronic filing system (CM/ECF) and served via First Class U.S. Mail on:

>Paul H. Titus, Esq.
>Schnader Harrison Segal & Lewis LLP
>Fifth Avenue Place
>120 Fifth Avenue
>Suite 2700
>Pittsburgh, Pennsylvania  15222-3001
>*Counsel for Defendant UPMC*
>
>Jonathan M. Jacobson, Esq.
>Wilson Sonsini Goodrich & Rosati
>1301 Avenue of the Americas
>40th Floor
>New York, NY  10019
>*Counsel for Defendant UPMC*

Dated:  May 4, 2009                          REED SMITH LLP

By:      s/  Daniel I. Booker
Daniel I. Booker
Pa. I.D. No. 10319
dbooker@reedsmith.com

435 Sixth Avenue
Pittsburgh, PA 15219
Phone:  (412) 288-3131
Facsimile:  (412) 288-3063
*Counsel for Defendant*
*Highmark Inc.*