IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEST PENN ALLEGHENY HEALTH SYSTEM, INC., <br><br>    Consolidated Plaintiff and Cross-Claim Defendant, <br>    v. <br>UPMC, <br><br>    Consolidated Defendant and Cross-Claim Plaintiff, <br><br>*and together with* <br><br>UPMC HEATH PLAN INC. and PRODIGO SOLUTIONS LLC, <br><br>    Third-Party Plaintiffs, <br>    v. <br>HIGHMARK INC., PROTOCO PPI LLC, PROTOCO SUPPLY CHAIN SERVICES LLC, HMPG PHARMACY LLC, and WEST PENN ALLEGHENY HEALTH SYSTEM INC., <br><br>    Third-Party Defendants. | **Case No. 2:12-cv-00692-JFC** <br><br>Consolidated with <br>Case No. 2:09-cv-00480-JFC <br><br>**Electronically Filed** |

**WEST PENN ALLEGHENY HEALTH SYSTEM, INC.'S
NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the Court's order of December 20, 2013 (Doc. No. 230), plaintiff West Penn Allegheny Health System, Inc. dismisses all claims in the second amended complaint, dated April 24, 2012, in Case No. 2:09-cv-00480[1] against defendant UPMC, with prejudice, and with each party bearing its own attorneys' fees and costs incurred in connection with this action.

---

[1] The Court consolidated this case with Case No. 2:12-cv-00692.

Dated:  December 30, 2013	Respectfully submitted,

<div style="margin-left: 3em;">

/s/ Barbara T. Sicalides

Andrew K. Fletcher
PEPPER HAMILTON LLP
One Mellon Center
500 Grant Street, 50th Floor
Pittsburgh, PA 15219
Telephone: (412) 454-5000
Facsimile: (412) 281-0717

Barbara W. Mather
Barbara Sicalides
Barak A. Bassman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Phone: (215) 981-4000
Facsimile: (215) 981-4750

Attorneys for West Penn Allegheny Health System, Inc.

</div>

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 30, 2013, a true and correct copy of the foregoing WEST PENN ALLEGHENY HEALTH SYSTEM, INC.'S NOTICE OF DISMISSAL WITH PREJUDICE was served on all counsel of record by the Court's electronic filing system (CM/ECF).

/s/ Barbara T. Sicalides
Barbara Sicalides